IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHRISTOPHER A. BLAIN, | : | |
| Petitioner, | : | Case No. 3:10cv00347 |
| vs. | : | District Judge Timothy S. Black<br>Magistrate Judge Sharon L. Ovington |
| OHIO DEPARTMENT OF<br>REHABILITATIONS AND<br>CORRECTIONS, et al., | :<br>:<br>: | **DECISION AND ENTRY** |
| Respondents. | : | |

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #8), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on February 8, 2011 (Doc. #8) is ADOPTED in full;

2. Respondent's Motion to Dismiss (Doc. #7) is GRANTED and Petitioner's Petition for Writ of Habeas Corpus (Doc. #2) is DENIED and DISMISSED;

3. Petitioner is denied leave to appeal *in forma pauperis* and any requested certificate of appealability; and,

4. The case is terminated on the docket of this Court.

*Timothy S. Black* 2/28/10
Timothy S. Black
United States District Judge