# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**CHRISTOPHER A. BLAIN,**

    Plaintiff(s),

**-vs-**

                     **CASE NO.  3:10-cv-347**

                     **District Judge Timothy S. Black**
                     **Mag. Judge Sharon L. Ovington**

**OHIO DEPARTMENT OF**
**REHABILITATION AND**
**CORRECTIONS, et. al,**

    Defendant(s).

## JUDGMENT IN A CIVIL CASE

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED:** that the Report and Recommendation of the U.S. Magistrate Judge (doc 8) is **ADOPTED in full**.  Respondent's Motion to Dismiss (Doc. #7) is **GRANTED** and Petitioner's Petition for Writ of Habeas Corpus (Doc. #2) is **DENIED and DISMISSED**.  Petitioner is denied leave to appeal *in forma pauperis* and any requested certificate of appealability.  This case is **TERMINATED** on the docket of this Court..

Date:  February 28, 2011                    **JAMES BONINI, CLERK**

                                                 By: <u>s/ M. Rogers</u>
                                                 Deputy Clerk